# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00047-CV

**Jennifer Nutt and 3CPL Holdings, LLC, Appellants**

**v.**

**Justin Blackburn, Trinity Constructors, and Shoot 2 Sell Photography, Inc., Appellees**

### FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 23-2546-C-395, THE HONORABLE RYAN D. LARSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Jennifer Nutt and 3CPL Holdings, LLC have filed an unopposed motion to dismiss the appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Dismissed on Appellant's Motion

Filed: February 27, 2026